JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL I. WHITE, an individual, | Case No. 12-cv-00922-BRO (RNBx) |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT** |
| ARAMARK; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed:   December 21, 2011<br>Trial Date:   Vacated |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Irvine

DB2/ 24586660.2

JUDGMENT
CASE NO. 12-CV-00922-BRO (RNBX)

On September 23, 2013, Defendant ARAMARK Sports, LLC's Motion for Summary Judgment came on regularly for hearing before this court.  Plaintiff Michael White ("Plaintiff"), who had not filed any opposition to Defendant's Motion for Summary Judgment, attended the hearing and requested additional time to obtain an attorney.  The court granted Plaintiff's request and continued the hearing on Defendant's Motion for Summary Judgment until October 21, 2013.  When Defendant's Motion for Summary Judgment came on for hearing on October 21, 2013, Plaintiff again appeared to request additional time to retain an attorney.  The court again granted Plaintiff's request and ordered Plaintiff to file a substitution of attorney by November 12, 2013, but no substitution was filed.

On November 15, 2013, the court issued a minute order setting the hearing on Defendant's Motion for Summary Judgment for December 23, 2013, and specifying that Plaintiff's opposition was to be filed no later than December 9, 2013.  No opposition was filed.  After considering Defendant's Motion and all written argument and evidence presented, the court issued a minute order on December 18, 2013 granting Defendant's Motion for Summary Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Judgment is entered in favor of Defendant ARAMARK Sports, LLC (erroneously sued as "ARAMARK") and against Plaintiff Michael White.  Plaintiff Michael White shall take nothing as a result of his claims for relief, all of his claims for relief shall be dismissed with prejudice, and, pursuant to Federal Rule of Civil Procedure 54(d)(1),  ARAMARK Sports, LLC shall recover its costs.

**IT IS SO ORDERED.**

Dated: December 27, 2013          By: _____
                                         Honorable Beverly Reid O'Connell
                                         U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 24586660.2

1

JUDGMENT
CASE NO. 12-CV-00922-BRO (RNBX)